IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 104.190.26.142

**ISP:** AT&T U-verse
**Physical Location:** Bellaire, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/04/2018 03:03:21 | B9B8B1B66B83E2E57653DF9E0360B81C45301295 | Wine Makes Me Anal |
| 10/11/2017 07:43:57 | 539C984669577DA9FAB75E8B583EE747173394F4 | I Cook Naked |
| 10/11/2017 07:38:09 | 620755377A29D3857A6BADB802958D9F55C7C42F | Blonde College Girl Perfection |
| 09/01/2017 20:57:41 | BD7D69536A4BA9318AE62CE4C26391D0AF57D331 | Fit For A Fuck |
| 03/04/2017 20:23:04 | 22E455B1366D2040AE87664FE08FEA3FD25649E5 | Want To Fuck My Wife |
| 03/04/2017 08:57:21 | EF09438C3D46B8EAC4F88ED3A6260DD41A1847D2 | Sex Games |
| 01/15/2017 01:52:46 | 5B79090805A25D2B7EB26132EA199BFB3814D56A | New Year Bang |
| 01/30/2016 06:12:25 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

STX142